# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (ASD) |
| | : | |
| CHARLIE SMITH | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | October 6, 2014 |

| | | |
|---|---|---|
| PACIFIC INS. CO., LTD A | : | AP No. 14-02046 (ASD) |
| SUBSIDIARY OF THE HARTFORD | : | |
| FINANCIAL SERVICES GROUP a/s/o | : | |
| PETER PAN BUS LINES TRUST | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLIE SMITH | : | October 6, 2014 |

## CORPORATE OWNERSHIP STATEMENT

NOW COMES Plaintiff Pacific Insurance Company, Ltd., in the above-captioned matter and, pursuant to Fed.R.Bankr.P. 7007.1(a), hereby discloses and makes statement identifying that it is a subsidiary of The Hartford Financial Services Group, Inc.

Date:   October 6, 2014

    Respectfully submitted,

    Pacific Insurance Company, Ltd.
    a subsidiary of The Hartford
    Financial Services Group, Inc. a/s/o
    Peter Pan Bus Lines Trust

    /s/Jay M. Wolman_____
    Jay M. Wolman CT29129
    Raymond Law Group LLC
    90 National Drive, Suite 3
    Glastonbury, CT 06033
    860-633-0580
    860-633-0438 Facsimile
    Wolman@raymondlawgroup.com
    Its Attorneys

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (ASD) |
| | : | |
| CHARLIE SMITH | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | October 6, 2014 |

| | | |
|---|---|---|
| PACIFIC INS. CO., LTD A | : | AP No. 14-02046 (ASD) |
| SUBSIDIARY OF THE HARTFORD | : | |
| FINANCIAL SERVICES GROUP a/s/o | : | |
| PETER PAN BUS LINES TRUST | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLIE SMITH | : | October 6, 2014 |

## CORPORATE OWNERSHIP STATEMENT

NOW COMES Plaintiff Pacific Insurance Company, Ltd., in the above-captioned matter and, pursuant to Fed.R.Bankr.P. 7007.1(a), hereby discloses and makes statement identifying that it is a subsidiary of The Hartford Financial Services Group, Inc.

Date:   October 6, 2014

    Respectfully submitted,

    Pacific Insurance Company, Ltd.
    a subsidiary of The Hartford
    Financial Services Group, Inc. a/s/o
    Peter Pan Bus Lines Trust

    /s/Jay M. Wolman_____
    Jay M. Wolman CT29129
    Raymond Law Group LLC
    90 National Drive, Suite 3
    Glastonbury, CT 06033
    860-633-0580
    860-633-0438 Facsimile
    Wolman@raymondlawgroup.com
    Its Attorneys

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. Pursuant to L.B.R. 9010-1(b), the foregoing pleading has been served upon the debtor, trustee, and the U.S. Trustee.

Date:   October 6, 2014                                             /s/ Jay M. Wolman  
                                                                                 Jay M. Wolman