**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In Re: Charlie A Smith
Debtor(s)

                                        Case No.: 14–21261
                                        Adv. Proc. No. 14–02046
                                        Judge: Albert S. Dabrowski

Pacific Insurance Company, Ltd.
Plaintiff(s)

v.

Charlie A Smith
Defendant(s)

### SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of the issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

_____
Address of the Clerk
450 Main Street
7th Floor
Hartford, CT 06103
_____

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

_____
Name and address of Plaintiff's Attorney
Jay Marshall Wolman
Raymond Law Group
90 National Drive
Suite 3
Glastonbury, CT 06033
_____

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

_____

450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103

on 1/26/15, at 10:00 AM
_____

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: 10/7/14



                                                                                        Clerk, U.S. Bankruptcy Court

**CERTIFICATE OF SERVICE**
**Case Number: 14–02046**

I, _____ (name), certify that service of this summons and a copy of the

complaint was made _____ (date) by:


_____    Mail Service: Regular, first class United States mail, postage fully pre–paid addressed to:

_____    Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

_____    Residence Service: By leaving the process with the following adult at:

_____    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


_____        _____
Date                                                                              Signature

                                                                                   _____
                                                                                   Print Name

                                                                                   _____
                                                                                   Business Address

                                                                                   _____
                                                                                   City                              State    Zip