# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re: Charlie A Smith  
　　　Debtor(s)

Chapter: 7  
Case No.: 14−21261  
Adversary No. 14−02046

PRETRIAL ORDER DUE DATE: 11/20/14  
TRIAL DATE: January 26, 2015 at 10:00 am

Pacific Insurance Company, Ltd.  
Plaintiff(s)  
v.  
Charlie A Smith  
Defendant(s)

**PRETRIAL ORDER**

APPEARANCES:

Jay Marshall Wolman,　　　　　　　　　　　　　　　　Attorney for Plaintiff

Charlie A Smith,　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

**1. PROCEDURE**
　It is determined, pursuant to 28 U.S.C.§157(b)(3), that the above captioned adversary proceeding is a [check one]:
　_____core proceeding, see 28 U.S.C. §157(b)(2), 11 U.S.C.§_____

　_____proceeding related to a case under title 11 as to which the parties have consented to the entry of appropriate orders and judgments by a bankruptcy judge, see 28 U.S.C. §157(c)(2).

**2. PLEADINGS**
　a) Answer or Response Date: _____
　b) Other: Date: _____

**3. DISCOVERY**
　a) Unless otherwise ordered, all discovery shall be completed and closed by the _____ day of _____ which date shall be no later than 90 days from the pleadings scheduled in paragraph 2 are closed ("Discovery Bar Date").

**4. TRIAL MEMORANDA**
　Unless ordered by the court, no pretrial or post trial memoranda shall be filed. All memoranda that are ordered by the court shall be no longer than ten pages (double spaced on 8−1/2 x 11" paper with 12 pt. font) and shall be exchanged, filed and a copy delivered to chambers no later than the date ordered. A certificate of service shall be filed with each memorandum.

**5. WITNESSES AND EXHIBITS**
　A list of witnesses with a short statement of the testimony of each and a list of exhibits shall be exchanged, filed, and delivered to chambers no later than 5 days after the Discovery Bar Date. A copy of each exhibit, corresponding to the appropriate exhibit list, shall be exchanged but not filed or delivered to chambers. In complying with this paragraph, plaintiff's exhibits shall be marked alphabetically, and defendant's exhibits shall be marked numerically. A party may not call a witness who is not on that parties list of witnesses. No exhibits shall be admitted into evidence unless there has been compliance with this paragraph. No expert witness may testify unless a detailed, signed statement of that expert's opinion has been exchanged, filed and delivered to chambers no later than 5 days after the Discovery Bar Date, the filing of lists of witnesses and exhibits and experts' reports in compliance with this paragraph shall be accompanied by a certification of service.

**6. TRIAL CONFIRMATION**
　The plaintiff shall ascertain whether it is likely that the trial will proceed as scheduled and shall report that

information to the judges chambers the Wednesday before the Trial Date.

**7. SETTLEMENT CONFERENCE**

If appropriate, the court shall conduct a pretrial conference at which an attempt will be made to settle the controversy or narrow the issues. Counsel shall attend fully authorized to make a final demand or offer and shall either be accompanied by the person or persons authorized and competent to accept or reject a settlement proposal or such persons shall be available by telephone.

**8. BENCH COPIES OF EXHIBITS**

At the commencement of the trial, each party shall deliver to the court two copies of each exhibit exchanged pursuant to paragraph 5.

**9. SANCTIONS**

Failure to comply with any provision of this Order may result in the dismissal of the adversary proceeding, the entry of default, or the imposition of sanctions or other appropriate relief.

CONSENT
For the Plaintiff

_____                                    Dated:_____

For the Defendant

_____                                    Dated:_____

Dated:

_____
Albert S. Dabrowski
United States Bankruptcy Judge