# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

### GUIDELINES FOR ADVERSARY PROCEEDINGS, PRETRIAL ORDERS, AND TRIALS

**1. SUMMONS AND NOTICE OF TRIAL.** Upon receipt of a complaint commencing an adversary proceeding, the clerk's office will prepare a Summons and Notice of Trial. A trial date no later than 18 weeks after the complaint is filed ("TRIAL DATE") will be stated on the Summons and Notice of Trial and on a Pretrial Order form sent by the clerk's office to the plaintiff with these Guidelines.

**2. SERVICE, CERTIFICATION.** The plaintiff shall serve a copy of the Summons and Notice of Trial, these Guidelines, and the Pretrial Order form on all defendants and certify such service.

**3. DUE DATE OF PRETRIAL ORDER.** A Due Date is stated on the Pretrial Order form. If the Pretrial Order is not filed by the Due Date and a timely filed motion for an extension is not filed, a hearing will be scheduled on the court's motion to dismiss the adversary proceeding.

**4. PRETRIAL ORDER.**
(a) No version of Pretrial Order other than the current form supplied by the clerk's office may be filed. All paragraphs shall be completed. Applicable statutory sections, i.3., §523(a)(2)(A), shall be stated in paragraph 1. All dates be computed in accordance with Rule 9006 F.R. Bankr. P.
(b) The plaintiff shall communicate with the defendant and attempt to agree on the completion of the Pretrial Order. In the event that such an agreement is not reached, the plaintiff shall file and serve a copy of a proposed Pretrial Order by the Due Date. The plaintiff shall certify such service. If an objection to the proposed Pretrial Order is not filed within five business days, it may enter without further notice.

**5. AMENDED PRETRIAL ORDER.** A motion for permission to file a first amended Pretrial Order, with the consent of all parties endorsed thereon, may be granted without a hearing. All subsequent motions to amend will be scheduled for a hearing.

**6. TRIAL.** An appropriate number of adversary proceedings will be scheduled for trial on designated Mondays.
(a) The plaintiff shall ascertain whether it is likely that the trial will proceed on the TRIAL DATE and shall report that information to the judge's chambers on the Wednesday before that date. Non-compliance with this paragraph will cause the adversary proceeding to be removed from the trial list and may result in its dimissal and/or such other sanction as the court deems appropriate.
(b) The courtroom deputy will call the trial list, as adjusted by subparagraph (a), each Monday at 10:00 a.m. Adversary proceedings that are not ready for trial will be removed from the trial list, unless otherwise ordered by the court, and the court will take such other action as it deems appropriate, e.g. the entry of a dismissal or default and the imposition of sanctions.
(c) If appropriate, a pretrial conference will be conducted on the scheduled trail date in an attempt to settle or narrow the issues. Thereafter, the first ready adversary proceeding on the calendar will proceed to trial. All other adversary proceedings will be held or excused on a standby basis.
(d) Trials will be on Monday and may be continued to a future date if more time is required subject to court availability.

**THE LISTING OF AN ADVERSAY PROCEEDING ON A MONDAY TRIAL LIST IS NOT AN ASSURANCE THAT IT WILL BE REACHED FOR TRIAL AS SCHEDULED. THE PARTIES ARE REQUIRED TO ATTEND THE CALENDAR CALL ON THE SCHEDULED TRIAL DATE AND ARE ENCOURAGED TO CHECK THE TRIAL LIST POSTED BY THE CLERK'S OFFICE AND COMMUNICATE WITH EACH OTHER PRIOR TO THAT DATE, SO THAT THEY AND THEIR WITNESSES WILL NOT BE INCONVENIENCED BY ANY DELAY BEFORE THEIR MATTER IS REACHED FOR TRIAL.**