UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

Gary M. Gfeller                                          U.S. Courthouse
Clerk, U.S. Bankruptcy Court                             450 Main Street
                                                         Hartford, CT 06103
                                                         Tel. 860-240-3675

**APPEARANCE**

In Re:                                   CASE NUMBER: 14-21261 (ASD)

                                         ADVERSARY NUMBER: 14-02046 (ASD)

        Debtor(s): CHARLIE SMITH

        Plaintiff(s): PACIFIC INS. CO., LTD A SUBSIDARY
        OF THE HARTFORD FINANCIAL SERVICES GROUP
        a/s/o PETER PAN BUS LINES TRUST

                v.

        Defendant(s): CHARLIE SMITH

        To the Clerk of this court and all parties of record:
                                         JAY M. WOLMAN, Raymond Law
                                         Group LLC, 90 National Drive, Suite 3,
                                         Glastonbury, CT 06300
                                          via 860-0438 facsimile

        Enter my appearance as counsel in this proceeding for: CHARLIE SMITH

_____                          _____
Date                                     Signature

                                         Kevin D. Wickless
                                         Kevin Wickless Law, LLC.
                                         99 Main Street, Suite 3A
                                         Norwich, CT 06360
                                         860-889-8804
                                         860-889-8806 facsimile
                                         kevin@kevinwicklesslaw.com