UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (HARTFORD)

| | | |
|---|---|---|
| In re: CHARLIE SMITH | : | Case No. 14-21261(ASD) |
| | : | |
| Debtor | : | CHAPTER 7 |
| | : | |
| | : | JANUARY 29, 2016 |
| | | |
| PACIFIC INS. CO., LTD A SUBSIDIARY OF THE HARTFORD FINANCIAL SERVICES GROUP PETER PAN BUS LINES TRUST | : : : : | AP No. 14-02046 |
| | : | |
| v. | : | |
| | : | |
| CHARLIE SMITH | : | |

### NOTICE RE: POSITION OF ATTORNEY-CLIENT PRIVILEGE

The Respondent-Debtor, Charlie Smith, through his Counsel Kevin D. Wickless, hereby continues to assert attorney-client privilege and understands that pretrial orders will prohibit any waiver at a trial.

RESPECTFULLY SUBMITTED BY THE DEBTOR

/S/ CHARLIE SMITH
CHARLIE SMITH

_____
Kevin D. Wickless
Kevin Wickless Law, LLC.
99 Main Street, Suite 3A
Norwich, CT 06360
P: 860-889-8804
F: 860-889-8806
kevinwickless@gmail.com

## CERTIFICATION OF SERVICE

Certification is hereby made that on January 29, 2016, a copy of the *NOTICE RE: POSITION OF ATTORNEY-CLIENT PRIVILEGE* was filed electronically and served by mail on anyone unable to accept electronic filing mailed via first class mail postage prepaid to the following parties of interest: Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF System.

Bruce Raymond, Esq.
JAY M. WOLMAN,
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06300

Jody N. Cappello
Winget, Spadafora & Schwartzberg, LLP
177 Broad Street, 10th floor
Stamford, CT 06901

Charlie Smith
24 Cove Road
Uncasville, CT 06382

/s/ _____
KEVIN D. WICKLESS
Attorney for the Debtor