UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|    Charlie A. Smith, | : | Case No. 14-21261 (AMN) |
|    *Debtor* | : | |
| | : | Adv. Pro. No. 14-02046 (AMN) |
| Pacific Insurance Company, Ltd., | : | |
|    *Plaintiff* | : | |
| v. | : | |
| Charlie A. Smith | : | |
|    *Defendant* | : | |

Scheduling Order

Pursuant to statements made on the record at the pre-trial scheduling conference on the Pacific Insurance Company, Ltd.'s (the "Plaintiff") complaint against Charlie A. Smith (the "Defendant") held on January 21, 2016, and the Defendant's Notice Re: Position of Attorney-Client Privilege, ECF No. 48, and after considering the parties' oral and written argument regarding the Plaintiff's Motion to Compel Production of Documents from Defendant, ECF No. 18, and the Plaintiff's Motion to Compel Testimony and Production of Documents from T.J. Morelli-Wolfe (together, the "Motions to Compel), ECF No. 19, it is hereby

ORDERED, that the Plaintiff's Motions to Compel, ECF Nos. 18 and 19, are DENIED.  The Defendant has not waived the attorney-client privilege regarding confidential communications with Attorney T.J. Morelli-Wolfe, his former attorney; and it is further

ORDERED, that the Defendant shall not be permitted to introduce evidence at trial regarding his reliance on the advice of Attorney T.J. Morelli-Wolfe as a defense against the Plaintiff's allegations unless or until such attorney-client privilege is waived after notice and a hearing; and it is further

ORDERED, that, on or before 5:00 p.m. on April 21, 2016, the Plaintiff, Defendant, and Attorney T.J. Morelli-Wolfe shall file a statement regarding any agreement to share discovery in this adversary proceeding and a pending state-court action styled *Pacific Insurance Company v. T.J. Morelli-Wolfe et al.*, HHD-CV15-6062580-S, including mutual deadlines for such shared discovery; and it is further

ORDERED, that, on or before 5:00 p.m. on April 21, 2016, the Plaintiff and Defendant shall file a proposed pre-trial scheduling order which provides for 1) an agreed upon deadline for the completion of discovery; 2) a deadline by which the parties may submit dispositive motions, if any; 3) a deadline by which the parties must simultaneously submit a list of proposed witnesses and exhibits, proposed findings of fact and conclusions of law, and any motions *in limine*; and, 4) a list of three proposed trial dates.

Dated at Hartford, Connecticut on April 4, 2016.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut