# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (ASD) |
| | : | |
| CHARLIE SMITH | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | APRIL 21, 2016 |

| | | |
|---|---|---|
| PACIFIC INS. CO., LTD A | : | AP No. 14-02046 (ASD) |
| SUBSIDIARY OF THE HARTFORD | : | |
| FINANCIAL SERVICES GROUP a/s/o | : | |
| PETER PAN BUS LINES TRUST | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLIE SMITH | : | APRIL 21, 2016 |

## JOINT STATEMENT REGARDING DISCOVERY

Pursuant to the request of the Court, the Plaintiff and counsel for Attorney T.J. Morelli-Wolfe hereby agree to share discovery in the adversary proceeding and the pending state-court action entitled *Pacific Insurance Company v. T.J. Morelli-Wolfe et al.,* HHD-CV-15-6062580-S. The parties further agree to complete discovery in the state-court action by July 29, 2016.

| | |
|---|---|
| Pacific Insurance Company, Ltd. | T.J. Morelli-Wolfe |
| A subsidiary of The Hartford | |
| Financial Services Group, Inc. a/s/o | /s/ Jody N. Cappello |
| Peter Pan Bus Lines Trust | Jody N. Cappello ct26982 |
| | Winget, Spadafora & Schwartzberg, LLP |
| /s/ Bruce H. Raymond | 117 Broad Street, 10th Floor |
| Bruce H. Raymond ct04981 | Stamford, CT 06901 |
| Raymond Law Group LLC | 203-328-1200 |
| 90 National Drive, Suite 3 | 203-328-1212-Fax |
| Glastonbury, CT 06033 | Cappello.J@wssllp.com |
| 860-633-0580 | |
| 860-633-0438-Fax | |
| Raymond@RaymondLawGroup.com | |
| Its Attorneys | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. Pursuant to L.B.R. 9010-1(b), the foregoing pleading has been served upon the debtor, trustee, and the U.S. Trustee.

Date:  April 21, 2016                                   /s/ Bruce H. Raymond
                                                        Bruce H. Raymond