# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (AMN) |
| | : | |
| **CHARLIE SMITH** | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | APRIL 21, 2016 |

---

| | | |
|---|---|---|
| **PACIFIC INS. CO., LTD A** | : | AP No. 14-02046 |
| **SUBSIDIARY OF THE HARTFORD** | : | |
| **FINANCIAL SERVICES GROUP a/s/o** | : | |
| **PETER PAN BUS LINES TRUST** | : | |
| | : | |
| v. | : | |
| | : | |
| **CHARLIE SMITH** | : | |

## PROPOSED PRE-TRIAL SCHEDULING ORDER

Pursuant to the request of the Court, the parties hereby submit this proposed pre-trial scheduling order as follows:

Deadline for completion of discovery:  **July 29, 2016.**

Deadline by which the parties may submit dispositive motions:  **August 26, 2016.**

Deadline by which the parties must simultaneously submit a list of proposed witnesses and exhibits, proposed findings of fact and conclusions of law and Motions *in Limine:* **September 30, 2016.**

Three proposed trial dates: **October 31, 2016; November 7, 2016 and November 14, 2016.**

Pacific Insurance Company, Ltd.
A subsidiary of The Hartford
Financial Services Group, Inc. a/s/o
Peter Pan Bus Lines Trust

/s/ Bruce H. Raymond
Bruce H. Raymond ct04981
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
860-633-0580
860-633-0438-Fax
Raymond@RaymondLawGroup.com

Charlie Smith

/s/ Kevin D. Wickless
Kevin D. Wickless
Kevin Wickless Law, LLC
99 Main Street, Suite 3A
Norwich, CT 06360
860-889-8804
860-889-8806-Fax
Kevinwickless@gmail.com

Dated at Hartford, Connecticut on May 9, 2016

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut