**From:** jcmokriski
**Sent:** Monday, February 5, 2018 11:25 AM
**To:** Raymond@raymondlawgroup.com; kevinwickless@gmail.com; cappello.j@wssllp.com
**Subject:** Pacific Insurance Company Ltd. v. Charlie A. Smith

Counsel,

      We will be meeting at 10 am on 15 February at the New Haven office of Day Pitney (One Audubon Street , handy to both I-91 and I 95; directions to that address will follow.  Since the Mediation day is a week from this coming Thursday, I would like to have a memorandum from each of the three parties no later than this coming Friday in order to give me an opportunity to review and consider your arguments.  Each party's memorandum should contain a summary of the position of the party submitting it with respect to the issues before the court, and should include exhibits which are critical to an informed understanding of the issues.  These exhibits should be referenced in the memorandum and relevant portions should be highlighted.

      It is to counsel's advantage to submit a clear and concise memorandum which contains a balanced presentation of the facts and law.  That balanced presentation will not only state the strengths of your case but will also acknowledge and address its weaknesses.  This will give me the opportunity to develop a preliminary evaluation of the positions of the parties and the wherewithal to formulate questions to pose to each of you when we meet, the answers to which will enable me to refine my evaluation and propose possible pathways to resolving the dispute.

      I look forward to meeting you all.
J. Charles Mokriski