# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (JJT) |
| | : | |
| CHARLIE SMITH | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | JULY 20, 2018 |

| | | |
|---|---|---|
| PACIFIC INS. CO., LTD A | : | AP No. 14-02046 (JJT) |
| SUBSIDIARY OF THE HARTFORD | : | |
| FINANCIAL SERVICES GROUP a/s/o | : | |
| PETER PAN BUS LINES TRUST | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLIE SMITH | : | JULY 20, 2018 |

### NOTICE OF MOTION PURSUANT TO FED. R. BANKR. P. 9019(a) FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that Creditor Pacific Insurance Company, Limited, A Subsidiary of the Hartford Financial Services Group a/s/o Peter Pan Bus Lines Trust ("Pacific") by and through counsel, filed a motion ("the Motion") for entry of an order ("the Order"), pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, for approval of settlement and compromise between Pacific and the debtor, Charlie Smith ("Smith"). Pacific has agreed to settle its claims against Smith for no payment out of Smith's estate, and instead accept full satisfaction from a settlement agreement entered in *Pacific Insurance Limited, A Subsidiary of the Hartford Financial Services Group A/S/O Peter Pan Bus Lines Trust v. T.J. Morelli-Wolfe et al.*, HHD-CV15-6062580-S.

PLEASE TAKE FURTHER NOTICE that a hearing on the motion will be held before the Honorable James J. Tancredi, United States Bankruptcy Judge, at the United States Bankruptcy

1

Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, Connecticut on August 23, 2018 at 2:00 PM.

      PLEASE TAKE FURTHER NOTICE THAT responses, if any, to entry of the Order must (i) be in writing; (ii) state the name and address of the objecting party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such objection; (iv) conform to the Bankruptcy Rules and Local Bankruptcy Rules; (v) be filed with the Bankruptcy Court, together with proof of service, electronically.

      PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Pacific Insurance Company, Ltd.
A subsidiary of The Hartford
Financial Services Group, Inc. a/s/o
Peter Pan Bus Lines Trust

/s/ Bruce H. Raymond
Bruce H. Raymond ct04981
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
860-633-0580
860-633-0438-Fax
Raymond@RaymondLawGroup.com
Its Attorneys